GABRIEL S. GROSS (Bar No. 254672)
gabe.gross@weil.com
ANTHONY KAKOYANNIS (*pro hac vice*)
anthony.kakoyannis.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

EVAGELINE BURBIDGE
eburbidge@lewisllewellyn.com
SABLE BAHLEDA
sbahleda@lewisllewellyn.com
LEWIS & LLEWELLYN LLP
601 Montgomery Street
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Defendants
VERACITY-HEALTH, INC. and TAIEB BENNANI

ROBERT D. CARROLL (*pro hac vice*)
RCarroll@goodwinlaw.com
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: (617) 570-1000

MATTHEW R. WISNIEFF (*pro hac vice*)
MWisnieff@goodwinlaw.com
TIMOTHY KEEGAN (*pro hac vice*)
TKeegan@goodwinlaw.com
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800

ISHIKA DESAI (SBN 340239)
IDesai@goodwinlaw.com
GOODWIN PROCTER LLP
525 Market Street, Floor 32
San Francisco, California 94105
Telephone: (415) 733-6000

Attorneys for Plaintiff
OPENEVIDENCE INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENEVIDENCE INC., <br><br> Plaintiff, <br><br> v. <br><br> VERACITY-HEALTH, INC. and TAIEB BENNANI, <br><br> Defendants. | Case No. 3:25-cv-05376-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE** <br><br> Judge: Honorable Charles R. Breyer |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff OpenEvidence Inc. and Defendants Veracity-Health, Inc. and Taieb Bennani (collectively, the "Parties") jointly stipulate to, and request that the Court issue an Order, extending the time for holding a Case Management Conference to November 7, 2025. The Parties state as follows:

WHEREAS, Plaintiff filed its complaint in this action against Defendants on June 26, 2025;

WHEREAS, Defendants' counsel accepted service of process on behalf of both Defendants on September 18, 2025;

WHEREAS, on June 27, 2025, the Court set an Initial Case Management Conference for October 2, 2025, with a Joint Case Management Statement due one week earlier on September 26, 2025 (Dkt. No. 15);

WHEREAS, the Parties through counsel have conferred, agreed, and stipulated, in light of recent service of process and the early stage of this case, to extend the date for an Initial Case Management Conference to November 7, 2025, with a Joint Case Management Statement due one week earlier on October 31, 2025;

WHEREAS, the parties have previously stipulated to an extension of time for Defendants to respond to the complaint to November 14, 2025 (Dkt. No. 19 (mistakenly saying 2026, and hereby corrected to 2025 by this stipulation));

WHEREAS, the Court has not stated that no further extensions will be granted;

WHEREAS, this change will not alter the date of any other event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED: September 19, 2025

| WEIL, GOTSHAL & MANGES LLP | GOODWIN PROCTER LLP |
|---|---|
| By  /s/ Gabriel S. Gross  <br>Gabriel S. Gross<br>Attorneys for Defendants VERACITY-HEALTH, INC. and TAIEB BENNANI | By  /s/ Robert D. Carroll  <br>Robert D. Carroll<br>Attorneys for Plaintiff OPENEVIDENCE INC. |

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and for good cause appearing, **IT IS SO ORDERED.**

Date:  September 22, 2025

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE