

Robert D. Carroll
+1 617 570 1753
RCarroll@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

goodwinlaw.com
+1 670 570 1000

October 31, 2025

**VIA ECF**

Hon. Charles R. Breyer
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, California 94102

**Re:**   *OpenEvidence, Inc. v. Veracity Health, Inc., et al.*, **No. 3:25-cv-05376**

Dear Judge Breyer,

We represent plaintiff OpenEvidence, Inc. in this matter.  We write to inform the Court that the parties have reached a settlement in principle.  We respectfully request that all case deadlines be adjourned, so that the parties may prepare and finalize a settlement agreement.  The parties expect that they will be able to finalize the settlement agreement within 30 days and will update the Court accordingly.

Respectfully,

Robert D. Carroll

cc:     Counsel of Record (via ECF)