ROBERT D. CARROLL (*pro hac vice*)
RCarroll@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: +1 617 570 1000

MATTHEW R. WISNIEFF (*pro hac vice*)
MWisnieff@goodwinlaw.com
TIMOTHY KEEGAN (*pro hac vice*)
TKeegan@goodwinlaw.com
**GOODWIN PROCTER LLP**
620 Eighth Avenue
New York, NY 10018
Tel.: +1 212 813 8800

ISHIKA DESAI (SBN 340239)
IDesai@goodwinlaw.com
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000

Attorneys for Plaintiff
OPENEVIDENCE INC.

GABRIEL S. GROSS (Bar No. 254672)
gabe.gross@weil.com
ANTHONY KAKOYANNIS (*pro hac vice*)
anthony.kakoyannis.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

EVANGELINE BURBIDGE
eburbidge@lewisllewellyn.com
SABLE BAHLEDA
sbahleda@lewisllewellyn.com
LEWIS & LLEWELLYN LLP
601 Montgomery Street
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Defendants
VERACITY-HEALTH, INC. and TAIEB BENNANI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENEVIDENCE INC., <br><br> Plaintiff, <br><br> v. <br><br> VERACITY-HEALTH, INC. AND TAIEB BENNANI, <br><br> Defendants. | Case No. 3:25-cv-05376 <br><br> **JOINT STATUS REPORT** |

In accordance with the Court's November 3, 2025 order (ECF No. 32), Plaintiff OpenEvidence Inc. and Defendants Veracity-Health, Inc. and Taieb Bennani ("Defendants") are providing this joint status report.

As reported on October 31, 2025 (ECF No. 31), the parties have reached a settlement in principle. Since then, the parties have exchanged drafts of a long-form settlement agreement, which they believe they are close to finalizing. The parties request the Court permit them until December 23, 2025 to either file a stipulation of dismissal or additional joint status report.

Dated: December 12, 2025

                                Respectfully submitted,

                                By: */s/ Robert D. Carroll*

                                ROBERT D. CARROLL (*pro hac vice*)
                                *RCarroll@goodwinlaw.com*
                                **GOODWIN PROCTER LLP**
                                100 Northern Avenue
                                Boston, MA 02210
                                Tel.: +1 617 570 1000

                                MATTHEW R. WISNIEFF (*pro hac vice*)
                                *MWisnieff@goodwinlaw.com*
                                TIMOTHY KEEGAN (*pro hac vice*)
                                *TKeegan@goodwinlaw.com*
                                **GOODWIN PROCTER LLP**
                                620 Eighth Avenue
                                New York, NY 10018
                                Tel.: +1 212 813 8800

                                ISHIKA DESAI (SBN 340239)
                                *IDesai@goodwinlaw.com*
                                **GOODWIN PROCTER LLP**
                                525 Market Street, Floor 32
                                San Francisco, CA 94105
                                Tel.: +1 415 733 6000

                                Attorneys for Plaintiff
                                OPENEVIDENCE INC.

Dated: December 12, 2025

By: /s/ Gabriel S. Gross (with permission)

WEIL, GOTSHAL & MANGES LLP
Gabriel S. Gross (Bar No. 254672)
gabe.gross@weil.com
Anthony Kakoyannis (*pro hac vice*)
anthony.kakoyannis.com
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000

LEWIS & LLEWELLYN LLP
Evangeline A.Z. Burbidge (Bar No. 266966)
eburbidge@lewisllewellyn.com
Sable Bahleda (Bar No. 313252)
sbahleda@lewisllewellyn.com
601 Montgomery Street
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Defendants
VERACITY-HEALTH, INC. and TAIEB BENNANI

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

/s/ Robert D. Carroll
Robert D. Carroll

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on December 12, 2025. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2025.

*/s/ Robert D. Carroll*
Robert D. Carroll